**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 1, 2012.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

―――――――

**NO. 14-11-00515-CV**
**NO. 14-11-00548-CV**

―――――――

**CITIBANK (SOUTH DAKOTA), N.A., Appellant**

**V.**

**L. T. BRADT, Appellee**

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 06-DCV-148751**

## M E M O R A N D U M   O P I N I O N

These are appeals from a judgment signed March 14, 2011. On February 24, 2012, the parties filed a motion to dismiss the appeal because the case has settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeals are ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Jamison and McCally.